AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina ▾

| | |
|---|---|
| EARL GAVIN | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| LEXISNEXIS RISK SOLUTIONS, INC | ) |
| EQUIFAX INFORMATION SERVICES, LLC | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

RCV'D – USDC COLA SC
DEC 22 '25 PM4:10

Civil Action No.    7:25-cv-13975-DCC-WSB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> LEXISNEXIS RISK SOLUTIONS, INC
> 1000 ALDERMAN DRIVE
> ALPHARETTA, GA 3005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> EARL GAVIN
> 507 MCCLUNEY DR
> GAFFNEY SC 29340

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  ___12/29/25_____     s/Rob Weber, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina ▼

| | |
|---|---|
| EARL GAVIN | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.    7:25-cv-13975-DCC-WSB |
| LEXISNEXIS RISK SOLUTIONS, INC | ) |
| EQUIFAX INFORMATION SERVICES, LLC | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EQUIFAX INFORMATION SERVICES, LLC
1500 PEACHTREE STREET N.W.
ATLANTA GA, 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EARL GAVIN
507 MCCLUNEY DR
GAFFNEY SC 29340

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/29/25_____

s/Rob Weber, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*