IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

**EARL GAVIN,**
 Plaintiff,

v.

**LEXISNEXIS RISK SOLUTIONS, INC., and**
**EQUIFAX INFORMATION SERVICES, LLC,**
 Defendants.

Civil Action No. 7:25-cv-13975-DCC-WSB

# DECLARATION OF NON-RESPONSE IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

I, Earl Gavin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action.

2. Defendant Equifax Information Services LLC was served with the Summons, Complaint, and all applicable Court Orders on January 12, 2026.

3. Proof of service has been filed with the Court.

4. Under Federal Rule of Civil Procedure 12(a), Defendant's response was due on or before February 2, 2026.

5. As of the date of this declaration, Defendant, Equifax Information Services LLC has not filed an answer, motion, notice of appearance, or any responsive

pleading.

6. Defendant, Equifax Information Services LLC has not requested an extension of time, nor has any extension been granted by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2026.

Earl Gavin

Plaintiff, Pro Se