IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EARL GAVIN,<br><br>      Plaintiff,<br><br>  v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC. and<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>      Defendants. | Case No. 7:25-cv-13975-DCC-WSB<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Rita Bolt Barker, Esquire, of the law firm Wyche. P.A., whose office, mailing address and telephone number appear below, hereby enters an appearance in the above-referenced case as counsel for Defendant Equifax Information Services LLC and requests that all notices given or required to be given in this case be given to and served upon counsel for Defendant Equifax Information Services LLC as set forth below.

<table>
<tr><td>May 14, 2026</td><td>Respectfully submitted,<br><br><u>*s/Rita Bolt Barker*</u><br>Rita Bolt Barker (Fed. I.D. # 10566)<br>WYCHE, P.A.<br>200 East Broad Street, Suite 400<br>Greenville, SC 29601<br>Phone:  864-242-8200<br>Fax:  864-235-8900<br>rbarker@wyche.com<br><br>*Attorney for Defendant Equifax Information Services LLC*</td></tr>
</table>