# EXHIBIT A

# AFFIDAVIT OF ALICIA DEBONIS

STATE OF DELAWARE    :ss
COUNTY OF NEW CASTLE

## AFFIDAVIT OF ALICIA DEBONIS

Alicia DeBonis, being duly sworn upon her oath deposes and says:

1. I am over the age of eighteen years, am suffering from no mental disability, and am legally competent to make this Affidavit. This Affidavit is based on my personal knowledge and my review of the business records of Corporation Service Company (hereafter referred to as "CSC"), kept in the regular and ordinary course of business.

2. I am a Manager in CSC's Litigation Management Department. One of my job responsibilities is accessing and reviewing CSC's business records of the receipt and handling of legal documents delivered to CSC as the registered agent for legal entities, and communicating with CSC's customers and agents to determine whether, when, and how CSC received and handled such legal documents.

3. CSC is headquartered in Wilmington, Delaware, and has offices or agents in all 50 states. CSC has been providing registered agent and related services for more than 100 years. As a national provider of registered agent services, CSC provides legal entities with a registered agent and/or registered office in the state where the entity is domiciled, and/or the states where they are qualified or registered to do business. As a registered agent, CSC receives legal documents directed to such entities that have appointed it as their registered agent for service and then forwards the served legal documents to the entities.

4. CSC creates and maintains records of its receipt and handling of all legal documents served upon it on behalf of the companies for which it is a registered agent. CSC's customary business practice after receiving a legal document is as follows: Legal documents are delivered to CSC's offices or agents electronically, by mail, or personally, in paper format. CSC creates a digital record of the location, date, and method of service of process for each document served on it in its capacity as registered agent. This action also assigns a unique Document ID to each document, which is reflected on a barcoded coversheet that is generated and attached to the relevant physical document. Next, the entire document, including its barcoded coversheet, is scanned into CSC's Litigation Management System ("LMS"), a proprietary centralized database designed to capture essential information about each legal document CSC receives. During scanning, the document also undergoes optical character recognition ("OCR") encoding, which overlays a searchable text layer on top of the document image. The barcode on the coversheet associates the scanned image with the electronic record started when the document's arrival was first logged into CSC's LMS. One of CSC's dedicated service of process associates will collect the remaining data that is part of CSC's standard data set for service of process. After a legal document is logged, scanned, and fully indexed, CSC notifies its customer of its receipt of the document. CSC provides notice of the document via email, and delivery of the document is completed through either one of CSC's customer-facing service of process solutions or by Federal Express, according to each customer's preference. The electronic copies of

legal documents received, and the information related to them that are contained in CSC's LMS database are business records made at or near the time of the event recorded by a person with knowledge and are prepared and kept by CSC in the regular and ordinary course of its business.

5. The document images, including the OCR text layer, and along with the full set of data captured during the intake and processing of the document are available within CSC's LMS. The data captured includes: date of service, the name of business entity being served, how service was made (i.e. mail, FedEx, personal service), what state is was served in, the name of the parties, case number, court name and location, sender name and phone number, answer/response date, type of document, and nature of action (i.e. personal injury, information request, garnishment). The document images and collected data set are accessible to authorized CSC employees and allow CSC to conduct targeted searches of CSC's records to pull up specific documents when needed.

6. CSC provides registered agent services in Georgia. CSC utilizes an office location of 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, for the receipt and intake of legal documents on behalf of business entities that designate CSC as their registered agent in Georgia.

7. CSC is listed as the registered agent for Equifax Information Services, LLC according to the records of the Georgia Corporations Division.

8. CSC has been made aware of an Affidavit of Service in the matter of *Earl Gavin v. LexisNexis Risk Solutions, Inc., et al.*, Case Number 7:25-CV-13975-DCC-WSB in the United State District Court for the District of South Carolina (The "*Gavin*" Matter). See Attached Exhibit A.

9. The Affidavit of Service in the *Gavin* Matter states service of an order, summons & complaint directed to Equifax Information Services, LLC was delivered to 1500 Peachtree Street N.W. Atlanta, GA 30309.

10. CSC has never utilized an office location at 1500 Peachtree Street N.W. Atlanta, GA 30309.

11. I have conducted a full and complete review of CSC's records and determined that CSC has no record of receiving an order, summons, & complaint in the *Gavin* Matter directed to Equifax Information Services, LLC.

12. To begin CSC's research, I performed a search of all documents uploaded by CSC's Georgia office on and around January 12, 2026. I used the case information from the Affidavit of Service to try and identify any results that matched the Plaintiff, Defendant, and case number. This search did not return any results for the order, summons, & complaint in the *Gavin* matter.

2

13. My next research step was to conduct a text search across all document images created by CSC's Georgia's office for January 12, 2026. All electronic documents in LMS are maintained in Adobe PDF format. Adobe's text search function allows users to search for any word, phrase, or number in a PDF using the OCR text layer. This search is performed to make sure that a document was not inadvertently scanned into LMS while attached to an unrelated document.

14. I conducted searches against all case information available on the Affidavit of Service. The text searches were performed against the 932 document images created by CSC's Georgia office for documents received on January 12, 2026, and did not return any matching results for the *Gavin* matter.

15. If CSC had received the order, summons, & complaint, directed to Equifax Information Services, LLC, it would have appeared in the LMS search results and/or the comprehensive image search that was conducted across the 932 document images created by CSC's Georgia office on January 12, 2026.

16. On May 4, 2026, CSC's Georgia office received, via regular mail, a Notice of Electronic Filing of the Clerk's Entry of Default in the *Gavin* Matter which was forwarded to Equifax Information Services, LLC on May 5, 2026.

17. CSC has no record of other documents in the *Gavin* matter for Equifax Information Services, LLC.

18. Further affiant sayeth naught.

_____
Alicia DeBonis

Sworn to and subscribed before me this

the ___13th___ day of ___May, 2026___

_____
Notary Public for the State of Delaware
My Commission expires: ___07/10/2026___

**MICHELE L ABBOTT**
**Notary Public,**
**State of Delaware**
**Commission Expires July 10, 2026**

3

# EXHIBIT A

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# SPARTANBURG DIVISION

**EARL GAVIN,**

Plaintiff,

v.

**LEXISNEXIS RISK SOLUTIONS, INC. and**

**EQUIFAX INFORMATION SERVICES, LLC,**

Defendants.

Civil Action No: 7:25-cv-13975-DCC-WSB

JAN 23 2026 AM10:32
USDC GREENVILLE SC

**TRIAL BY JURY DEMAND**

## AFFIDAVIT OF SERVICE

**I HEREBY CERTIFY** that the true and correct copy of the **ORDER, SUMMONS & COMPLAINT** has mailed to the party below January 6, 2026 by U.S. Mail and delivered on January 12, 2026. I declare under penalty of perjury that the foregoing is True and Correct.

**Defendant(s)**

| | |
|---|---|
| **Equifax Information Services, LLC** | **LexisNexis Risk Solutions, Inc** |
| **1500 Peachtree Street N.W.** | **1000 Alderman Drive** |
| **Atlanta GA 30309** | **Alpharetta, GA 30005** |

Executed on this __19__ day of __January__, 2026

_____/Affiant

Subscribed and sworn before me on this _26_ day of ___January___, 2026

Notary Public
My Commission Expires: _Sept 14, 2030_

Notary Public-State of South Carolina
Jacob Pridmore
My Commission Expires
September 14, 2030

C/A No: 7:25-cv-13975-DCC-WSB





C/A No: 7:25-cv-13975-DCC-WSB

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services, LLC
1500 Peachtree Street N.W.
Atlanta, GA 30309

9590 9402 3019 7124 3362 58

2. Article Number (Transfer from service label)
7018 2290 0001 1793 8510

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery
                                     1-12-26
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LexisNexis Risk Solution, Inc
1000 Alderman Drive
Alpharetta, GA 30005

9590 9402 3019 7124 3362 65

2. Article Number (Transfer from service label)
7018 2290 0001 1793 8411

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X B. Ethridge                        ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery
Ethridge
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

Earl Gavin
P.O Box 475
Gaffney SC 29342



CHARLOTTE NC LPC 281

21 JAN 2026   PM 8 L

ITEM X-RAYED BY
USMS   1/23/26

29601-211250

United States District Court of S.C
   Clerk of Court
250 East North Street, suite 2300
Greenville SC 29601

JAN 23 2026 AM 10:32
USDC GREENVILLE SC