**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

| | |
|---|---|
| EARL GAVIN,<br><br>           Plaintiff,<br><br>     v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>           Defendants. | Case No. 7:25-cv-13975-DCC-WSB<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ACKNOWLEDGEMENT OF SERVICE** |

The undersigned, Rita Bolt Barker, counsel for Defendant Equifax Information Services LLC, hereby waives process and acknowledges service of the Summons and Complaint in the above-styled action as of this 3rd day of June, 2026, but otherwise reserves and does not waive any defenses except for insufficiency of process and insufficiency of service of process.

Equifax states that prior to this date, on which it acknowledges service, it had not been properly served in this action.

DATED:  June 3, 2026

Respectfully submitted,

WYCHE, P.A.

By:  _/s/ Rita Bolt Barker_
    Rita Bolt Barker (Fed. ID No. 10566)
    rbarker@wyche.com
    WYCHE, P.A.
    200 East Broad Street, Suite 400
    Greenville, South Carolina 29601
    Telephone: (864) 242-8235
    Facsimile:  (864) 235-8900

*Counsel for Defendant*
*Equifax Information Services LLC*

326294872v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 3, 2026, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

> Earl Gavin,
> P.O. Box 475
> Gaffney, South Carolina 29342
> *Plaintiff Pro Se*

>>> */s/ Rita Bolt Barker*
>>> Rita Bolt Barker

326294872v.1