**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**

EARL GAVIN,

                Plaintiff,

      v.

LEXISNEXIS RISK SOLUTIONS, INC. and
EQUIFAX INFORMATION SERVICES,
LLC,

                Defendants.

Case No. 7:25-cv-13975-DCC-WSB

**DEFENDANT EQUIFAX INFORMATION
SERVICES LLC'S ANSWERS TO LOCAL
RULE 26.01 INTERROGATORIES**

Defendant Equifax Information Services LLC ("Equifax") hereby files its Answers to Local Rule 26.01 Interrogatories as follows:

**A.**    **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

**ANSWER:**    Equifax is not aware of any persons or legal entities with subrogation interests.

**B.**    **As to each claim, state whether it should be tried jury or nonjury and why.**

**ANSWER:**    Equifax does not demand a jury trial. Equifax acknowledges that Plaintiff demands a jury trial on all issues so triable. Equifax objects to a jury trial on any claims for equitable relief and all other issues as to which a jury is not permitted as of right or as a matter of law.

**C.**    **State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

325771714v.1

**ANSWER:**    Equifax Information Services LLC's parent company, Equifax Inc. is a publicly traded company on the NYSE. It has no parent corporation or other corporation owning more than 10% of its stock.

**D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).**

**ANSWER:**    Equifax does not challenge the appropriateness of the division.

**E.     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

**ANSWER:**    No.

**F.     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**ANSWER:**    Equifax does not contend that it has been improperly identified in this action.

**G.     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

**ANSWER:**    While Equifax does not make such a contention at this time, it reserves the right to supplement its response after conducting discovery.

**H.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

**ANSWER:**    This action is not based on diversity of citizenship.

- 3 -

DATED:  June 5, 2026

Respectfully submitted,

WYCHE, P.A.


By:  */s/ Rita Bolt Barker*
Rita Bolt Barker (Fed. ID No. 10566)
rbarker@wyche.com
WYCHE, P.A.
200 East Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: (864) 242-8235
Facsimile:  (864) 235-8900

*Counsel for Defendant*
*Equifax Information Services LLC*

- 3 -

325771714v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

Earl Gavin,
P.O. Box 475
Gaffney, South Carolina 29342
*Plaintiff Pro Se*

*/s/ Rita Bolt Barker*
Rita Bolt Barker

325771714v.1